**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| STEPHEN GRAY, et al., <br><br>　　　　　Plaintiffs, <br><br>　　v. <br><br> WARREN VERBANEC, et al., <br><br>　　　　　Defendants. | Case No. 25-cv-07307-BLF <br><br> **ORDER TO SHOW CAUSE** |

Plaintiffs are ORDERED TO SHOW CAUSE, in writing and on or before **December 22, 2025**, why Linda Kelly, John David Arends, and Walter Joe Fant should not be dismissed for failure to effect service of process within the time provided under Federal Rule of Civil Procedure 4(m). Failure to respond to this Order will result in dismissal of the above-named Defendants without further notice by the Court.

**IT IS SO ORDERED.**

Dated: December 1, 2025

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　BETH LABSON FREEMAN
　　　　　　　　　　　　　　　　　　　United States District Judge