UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN W GRAY, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>LINDA KELLY, et al.,<br><br>    Defendants. | Case No. 25-cv-07307-BLF<br><br>**ORDER GRANTING MOTION FOR ALTERNATIVE SERVICE AND SUA SPONTE EXTENDING THE TIME TO COMPLETE SERVICE**<br><br>[Re: ECF No. 27] |

**I.  DISCUSSION**

On December 17, 2025, the Court extended the deadline for Plaintiffs to serve Defendants Linda Kelly and Walter Joe Fant to January 16, 2026 under Rule 4 of the Federal Rules of Civil Procedure. ECF No. 23. Plaintiffs have filed a Motion for Alternative Service, which is now before the Court. ECF No. 27 ("Mot."). For the reasons that follow, the Court GRANTS the motion and sua sponte EXTENDS the deadline to serve Defendants Linda Kelly and Walter Joe Fant to 30 days from the date of this Order.

Plaintiffs seek an order permitting alternative service. They note they have made "repeated, diligent, and good-faith efforts" to effect service through a "licensed professional process server." Mot. at 2. However, Plaintiffs have been unable to effect service due to attempts to evade service, physical barriers, and safety concerns. Mot. at 3. The process server advised Plaintiffs that "service could not be completed due to Defendants' conduct." *Id.* Accordingly, Plaintiffs request to serve Defendants by certified mail, return receipt requested, to Defendants' last known address. *Id.* at 4.

Under Federal Rule of Civil Procedure 4(e)(1), a plaintiff may serve an individual located within the United States by using any method allowed by the law of the state in which the district court is located. Fed. R. Civ. P. 4(e)(1). California allows for five basic methods of service:

1  (1) personal delivery to the party; (2) delivery to someone else at the party's usual residence or
2  place of business; (3) service by mail with acknowledgment of receipt; (4) service on persons
3  outside the state by certified or registered mail with a return receipt requested; and (5) service by
4  publication. Cal. Code Civ. Proc. §§ 415.10–50. Alternatively, California Code of Civil
5  Procedure Section 413.30 permits a court to "direct that the summons be served in a manner which
6  is reasonably calculated to give actual notice to the party to be served and that such proof of
7  service be made as prescribed by the court." Cal. Code Civ. Proc. § 413.30.

8  Before seeking alternative service of process under § 413.30, a plaintiff must first
9  demonstrate having exercised "reasonable diligence" in attempting to serve the defendant through
10 other means of service specified in the California Civil Code of Procedure. *Copeland v. Pham*,
11 No. 25-cv-00113-JAK, 2025 WL 3158121, at *2 (C.D. Cal. Oct. 16, 2025).

12 Here, the Court is satisfied that Plaintiffs' motion justifies alterative service. Plaintiffs
13 attached declarations describing their efforts to attempt personal service, which included multiple
14 attempts over several months after retaining a professional process server. Mot. at 5–8. The Court
15 thus finds that Plaintiffs have shown reasonable diligence. *Bhs Law LLP v. Worldex Indus. &*
16 *Trading Co., Ltd.*, No. 25-cv-04471-SVK, 2025 WL 2300446, at *2 (N.D. Cal. June 30, 2025)
17 ("Courts have found reasonable diligence usually includes a number of honest attempts to learn
18 defendant's whereabouts or his addresses, and multiple attempts to effectuate service." (citations
19 and internal quotation marks omitted)). Thus, the Court will grant the motion for alternative
20 service.

21 Even where a method of service of process is permitted by the Federal Rules, it must be
22 "reasonably calculated, under all the circumstances, to apprise interested parties of the pendency
23 of the action and afford them an opportunity to present their objections" in order to comport with
24 due process. *Rio Props., Inc. v. Rio Int'l Interlink*, 284 F.3d 1007, 1016 (9th Cir. 2002) (citation
25 omitted).

26 Plaintiffs seek leave to serve Defendants by certified mail, return receipt requested, to
27 Defendants' last known address and any additional method the Court deems appropriate. Mot
28 at 4. The Court finds that Plaintiffs must take two steps to complete alternative service that is

1  reasonably calculated to give actual notice to Defendants. *First*, Plaintiffs shall serve Defendants
2  by certified mail, return receipt requested, to Defendants' last known address. This method of
3  service is complete only if Plaintiffs submit the return receipt to the Court. *Second*, Plaintiffs shall
4  serve Defendants by United States First-Class Mail with postage prepaid and the return address
5  clearly stated on the envelope. This method of service is complete only once Plaintiffs submit
6  proof of service to the Court. If the mail is returned as undeliverable, Plaintiffs shall promptly
7  notify the Court.

8        Plaintiffs must take both of the above steps, and successful service under either method
9  will be sufficient to satisfy Plaintiffs' obligation to complete service. To give Plaintiffs the
10 opportunity to effect alternative service, the Court will extend the deadline for service to 30 days
11 from the date of this Order.

## II. ORDER

For the foregoing reasons, the Court HEREBY ORDERS that:

(1) Plaintiffs' Motion for Alternative Service, ECF No. 27, is GRANTED. Plaintiffs SHALL take the two steps outlined below in connection with alternative service. Successful service under either step (a) or (b) will be sufficient to satisfy Plaintiffs' obligation to complete service. Furthermore, if service under (b) is returned as undeliverable, Plaintiffs SHALL notify the Court immediately.

    a. First, Plaintiffs SHALL serve Defendants Linda Kelly and Walter Joe Fant by certified mail, return receipt requested. In order for this method of service to be complete, Plaintiffs must submit the return receipt to the Court.

    b. Second, Plaintiffs SHALL serve Defendants Linda Kelly and Walter Joe Fant by United States First-Class Mail with return postage prepaid and the return address clearly stated on the envelope. This method of service is complete only once Plaintiffs submit proof of service to the Court.

(2) The deadline for service is EXTENDED to 30 days from the date of this Order. Failure to effect service of process on Linda Kelly and Walter Joe Fant and submit to the Court proof of service by **February 11, 2026**, will result in dismissal of those Defendants

3

1    without further notice.

2    Dated: January 12, 2026

3    _____
     BETH LABSON FREEMAN
4    United States District Judge

4