# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| STEPHEN W GRAY, et al., | Case No. 25-cv-07307-BLF |
| Plaintiffs, | |
| v. | **ORDER DENYING PLAINTIFFS' MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT WITHOUT PREJUDICE** |
| LINDA KELLY, et al., | |
| Defendants. | [Re: ECF No. 73] |

Before the Court is Plaintiffs' motion for leave to file a first amended complaint pursuant to Rule 15(a)(2) of the Federal Rules of Civil Procedure. ECF No. 73. Plaintiffs seek leave to add new defendants and factual allegations.

Plaintiffs' motion is governed by Rule 15, which provides that a party may amend its pleading before trial with leave of the court, and that "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). "Although Federal Rule of Civil Procedure 15(a) provides that leave to amend shall be freely given when justice so requires, it is not to be granted automatically." *In re W. States Wholesale Nat. Gas Antitrust Litig.*, 715 F.3d 716, 738 (9th Cir. 2013) (internal quotation marks and citation omitted). A court must consider five factors in deciding whether to grant leave to amend: "(1) bad faith, (2) undue delay, (3) prejudice to the opposing party, (4) futility of amendment; and (5) whether plaintiff has previously amended his complaint." *Id*. (internal quotation marks and citation omitted).

While Plaintiffs argue that the factors weigh in favor of permitting amendment, they have not submitted a proposed amended complaint. The Court thus cannot determine whether Plaintiffs' motion is meritorious. Accordingly, the Court DENIES Plaintiffs' motion for leave to file a first amended complaint WITHOUT PREJUDICE. If Plaintiffs wish to file a renewed

United States District Court
Northern District of California

motion for leave to amend, they must submit a proposed amended complaint therewith.

**IT IS SO ORDERED.**

Dated: May 1, 2026

_____
BETH LABSON FREEMAN
United States District Judge

United States District Court
Northern District of California